## FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 25-4140                              Date of Oral Argument: 03/20/26

Caption: US v. Gentner & Brasser

Attorney Arguing: Eric Foster, Juan Chardiet

Arguing on Behalf of (party name):

Gregory Gentner, Richard Brasser

Select party type:
☑Appellant  ☐Appellee  ☐Appellant/Cross-Appellee  ☐Appellee/Cross-Appellant  ☐Amicus  ☐Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Eric Foster (App. Issues 1, 3, 4)
Phone Number (day of argument): 828-275-9918

Principal Argument Time: 6                        Rebuttal Argument Time (if any): 4
(for appellants and appellees)                    (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: Juan Chardiet (App. Issues 2, 5)
Phone Number (day of argument): 703-622-7955

Principal Argument Time: 7                        Rebuttal Argument Time (if any): 3
(for appellants and appellees)                    (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:                   Select one of the following: ☐Order allowing argument time
                                                              ☐Court-Appointed Amicus

Signature: /s/ Eric J. Foster                     Date: 03/02/26

12/01/2024 NA